

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-25-00247-CV

PHYLLIS MCRAE, APPELLANT

V.

JIM BROWN A/K/A JIMBO BROWN, APPELLEE

On Appeal from the 251st District Court
Randall County, Texas
Trial Court No. 86,739-C, Honorable Ann E. Estevez, Presiding

August 27, 2025

MEMORANDUM OPINION

Before QUINN, C.J., and DOSS and YARBROUGH, JJ.

Appellant, Phyllis McRae, filed a notice of appeal from the trial court's ". . . verbal denial of an emergency temporary injunction . . . ." Now pending before this Court is Appellant's motion seeking voluntary dismissal of the appeal. The Court finds that the motion complies with the requirements of Rule of Appellate Procedure 42.1(a)(1) and that granting the motion will not prevent any party from seeking relief to which it would otherwise be entitled. As no decision of the Court has been delivered to date, we grant the motion. The appeal is dismissed.

Per Curiam